JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE VALDIVIA, | Case No. CV 16-1982 JFW(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| CYNTHIA Y. TAMPKINS, | |
| Respondent. | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE